IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHELLE COLLER GABLE,<br><br>Petitioner-Appellant,<br><br>vs.<br><br>KATIE WESTON and ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>Respondents-Appellees. | Ninth Cir. No. 25-2293<br><br>D.C. No. 6:20-cv-00052-BMM-JTJ<br><br>District of Montana<br>Helena Division |

**ORDER APPOINTING COUNSEL ON APPEAL**

Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit dated November 20, 2025;

**IT IS HEREBY ORDERED** that David F. Ness, Assistant Federal Defender, Federal Defenders of Montana, 104 Second Street South, Suite 301, Great Falls, Montana, 59401, is appointed to represent Michelle Coller Gable for all proceedings on appeal.

The Clerk of Court is directed to forward a copy of this order to Molly Dwyer,

Clerk of Court for the Ninth Circuit Court of Appeals, and to Michelle Coller Gable.

The Clerk shall also forward a copy of this Order and copy of the Ninth Circuit's Order dated November 20, 2025, to David F. Ness, Assistant Federal Defender of the Federal Defenders of Montana.

DATED this 1st day of December, 2025.

John Johnston
United States Magistrate Judge